## Joe Edward Belsky, Appellee, v. Walter P. Kornak, Appellant.

### Gen. No. 44,180.

opinion filed December 30, 1947; released for publication January 28, 1948. Wachowski & Wachowski, for appellant; Casimir R. Wachowski and Ernest F. Arlart, of counsel; no appearance for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.

## Dr. O. A. Rawlins, Appellee, v. Anna R. Bogusiewicz and Stanley Bogusiewicz, Appellants.

### Gen. No. 44,293.

opinion filed December 30, 1947; released for publication January 28, 1948. Harry A. Biossat, for appellants; Stevens & Stevens, for appellee; George M. Stevens, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.